IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

In re:

Charles Kent Amstone dba Solid Gold
Entertainment and Carolyn Beth Amstone

CASE NO: 8:08-bk-04819-CPM
CHAPTER 13 CASE

FLA BAR NO:37446

### AFFIDAVIT OF COLLATERAL SURRENDER

**BEFORE ME**, an officer authorized to take oaths, this day personally appeared Lisa J. Ehrenreich, ("Affiant") who, being first duly sworn, deposes and says:

1. I am counsel for First Horizon Home Loan Corporation f/k/a FT Mortgage Companies, its Successors and/or Assigns ("Secured Creditor") in the instant bankruptcy case.

2. I am making this affidavit in connection with and in support of the Motion for Relief from Stay filed on behalf of Secured Creditor.

3. I have read the Debtor's Amended Chapter 13 Plan (Docket No. 16) and have personal knowledge that said Plan proposes to surrender the subject property, i.e., 27938 Arlington Road, Wesley Chapel, Florida 33544, as also referenced in the Motion for Relief from Stay filed by the undersigned on behalf of Secured Creditor.

4. I have checked the PACER docket as of July 1, 2008 and there is no new plan or pleading filed which changes Debtor's original plan proposal to surrender the aforementioned property.

_____
Lisa J. Ehrenreich, Affiant

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

**SWORN TO AND SUBSCRIBED** before me this ___1___ day of __July__, 2008 by who is personally known to me and who did take an oath.

_____
NOTARY PUBLIC

NATALIA P GAHETE
Comm# DD0374797
Expires 2/20/2009
Bonded thru (800)432-4254
Florida Notary Assn Inc